**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TED PULLIG,** | * | |
| | * | |
| **Plaintiff,** | * | **CIVIL ACTION NO. 11-02197** |
| | * | |
| **VERSUS** | * | **SECTION "A-2)** |
| | * | **JUDGE JAY C. ZAINEY** |
| **PETROFAC TRAINING, INC.,** | * | |
| | * | **MAGISTRATE JUDGE** |
| **Defendant** | * | **JOSEPH C. WILKINSON, JR.** |

*** * * * * * * * * * * * * * * * * * * * * * * * * * ************ * * * * * * * * * * * * * * * * * * * ***

**<u>PLAINTIFF TED PULLIG'S WITNESS & EXHIBIT LIST</u>**

**COMES NOW** Plaintiff, Ted Pullig, ("Plaintiff") and submits his Witness and Exhibit List as required by the Scheduling Order entered on January 5, 2012, as follows:

1.

The following is a list of witnesses who MAY OR WILL BE CALLED on behalf of the Plaintiff:

1. Ted Pullig, Plaintiff;
2. Haas McMillan;
3. Kevin Roberts;
4. Terry McMahon;
5. Danny Johnston;
6. Brian Ledger;
7. Miles Watts;
8. Brad King;

9. Les Dauterive;

10. Stephanie Tittle;

11. Christina Billig;

12. Mike Falgout;

13. Eugene “Trey” Gauthreaux;

14. Joyce Healy;

15. Any and all persons deposed in this matter;

16. Any and all witnesses listed, identified, and/or called by any other party in this matter;

17. Any and all witnesses whose testimony becomes necessary for cross-examination, impeachment, and/or rebuttal;

18. Any and all persons referred to or identified in any discovery in this litigation; and

19. Any other Witness listed by any other party in this suit.

The Plaintiff does otherwise reserve the right to supplement and/or amend this Witness List based upon any additional persons identified, as necessary, during the course of on-going discovery in this suit.

2.

The following is a list of EXHIBITS that MAY BE USED by Plaintiff at the trial of this matter:

1. Invoices from Ted Pullig to Petrofac, Inc., dated April 30, 2008, through March 30, 2011;

2. Income Tax Returns for Ted Pullig from 2006-2011;

3. Plaintiff’s Form 1099s from 2006-2011;

4. Bank Statements and Wire Transfer Notices for Plaintiff from 2008-2011;

5. HLO-HDA Course Records from 2007-2011;

6. Invoices from Ted Pullig to Petrofac for work done for Shell dated July 2009 through March 2011;

7. Invoices from Ted Pullig to Petrofac for H.U.E.T. training dated March 2006 through July 2007;

8. Invoices from Ted Pullig to Petrofac for Cold Water class training dated January 2007 through December 2007;

9. Invoices from Ted Pullig to Petrofac for college training classes dated May 1-31, 2007;

10. Invoices from Ted Pullig to Petrofac for EBS Maintenance dated May 2007 through November 2007;

11. Invoices from Ted Pullig to Petrofac for HLO Training for RGIT dated June 2007 through October 2007;

12. Invoice from Ted Pullig to Petrofac for HUET Class Intern dated June 1-30, 2007;

13. Itemized Receipt from Home Depot representing business related purchases dated May 30, 2007;

14. Itemized Invoice from Ted Pullig to Petrofac for travel and work in Montrose, Scotland dated August 1-31, 2007;

15. Multi-Purpose Service Vessel Visit Report on Rem Commander prepared by Ted Pullig dated September 18, 2009;

16. Perdido Visit Report on Perdido-AC 857A prepared by Ted Pullig dated November 15-16, 2010;

17. Dive Support/Construction Level Visit Report on HOS Achiever prepared by Ted Pullig dated March 19, 2009;

18. Inspection, Maintenance & Repair (IMR) Visit Report on Grant Candies prepared by Ted Pullig dated October 19, 2009;

19. DNV Construction Vessel Visit Report on DNV Skandi Neptune prepared by Ted Pullig dated October 11, 2010;

20. Inspection, Maintenance & Repair (IMR) Visit Report on CSO Deep Blue prepared by Ted Pullig dated December 10, 2009;

21. Weekly Helideck Equipment Checklist;

22. Training Videos:

    a. USMC Helicopter Crash;

    b. SLA Helideck Video;

    c. S-61 Helicopter Crash;

d. Military Helicopter Crash;

e. Reporter standing in Plane’s way;

f. Night Vision (Kuwait);

g. Ground Resonance video;

h. Close Call Helicopter Accident;

i. Ecuador Accident;

j. In-flight Refueling Accident (Military)

23. PowerPoint Presentations for Training prepared by Ted Pullig:

a. Shell Offshore Refueling: Fuel Handling for the Offshore Environment;

b. Helicopter Landing Officer (HLO) Course Purpose and Learning Outcomes;

c. Helicopter Landing Officer (HLO) Helideck Recognition;

d. Helicopter Landing Officer (HLO) Landing and Take-Off;

e. Helicopter Landing Officer (HLO) Passengers & Freight;

f. Helicopter Landing Officer (HLO) Emergency Response;

g. Helicopter Landing Officer (HLO) Helicopter Refueling Hazards;

h. Helicopter Landing Officer (HLO) Legislation;

i. Helicopter Construction

24. Various photographs of Helicopter No. N785P used in training;

25. Various Diagrams used in training:

a. Full Helideck;

b. Full Helideck, Aiming Circle;

c. Full Helideck, Aiming Circle, H;

d. Full Helideck Block Name/Company Logo, Aiming Circle, H;

e. Full Helideck Block Name/Company Logo, Aiming Circle, H, weight, dimensions, and D-value;

f. Full Helideck Block Name/Company Logo, Aiming Circle, H, weight, dimensions, D-value, Chevron;

g. Full Helideck Block Name/Company Logo, Aiming Circle, H, weight, dimensions, and D-value, Chevron, radio frequency;

h. Full Helideck Green;

i. Full Helideck Gray

26. Emails and correspondence between Ted Pullig and various Petrofac employees and personnel regarding scheduling, training opportunities, employee pay and invoices, time sheets, etc.;

27. Emails and correspondence between Ted Pullig and Petrofac employees and personnel or others informing Mr. Pullig of dates on which work as a safety diver or classroom instructor was being made available;

28. Emails and correspondence between Ted Pullig and Petrofac employees and personnel or others informing Mr. Pullig of dates on which work other than as a safety diver or classroom instructor was being made available;

29. Emails and correspondence between Ted Pullig and Petrofac employees and personnel or others advising dates on which Mr. Pullig was available to work as a safety diver or classroom instructor;

30. Emails and correspondence between Ted Pullig and Petrofac employees and personnel or others advising dates on which Mr. Pullig was not available to work as a safety diver or classroom instructor;

31. Emails and correspondence sent to or received from any Petrofac personnel between February 5, 2006, and March 29, 2011;

32. Resume of Ted Pullig;

33. Any calendar kept by Plaintiff during the years 2006 through 2011;

34. Any and all emails, correspondence, and documents not heretofore specifically mentioned which may be relevant to the claims and/or defenses asserted in this matter;

35. Any and all items of any kind whatsoever referred to or used by any witnesses in connection with their testimony;

36. Any and all exhibits used by plaintiff on cross-examination and/or rebuttal, which may not be predicted or anticipated at this time;

37. Any and all discovery by any party, and any responses thereto;

38. Any and all pleadings by any party;

39. Any and all depositions taken in this matter;

40. Any and all other exhibits listed by any other party.

Plaintiff does otherwise reserve the right to supplement and/or amend this Exhibit List based upon any additional information and/or documentation identified, as necessary, during the course of on-going discovery in this suit.

**Respectfully submitted,**

**CURRY & FRIEND,**
**A Professional Law Corporation**

**/s/ Gerald J. Huffman, Jr.**
**GERALD J. HUFFMAN, JR. (#7057)**
**FRANCES I. MCGINNIS (#26998)**
**MEGHAN E. SMITH (#34077)**
**228 St. Charles Avenue, Suite 1200**
**New Orleans, Louisiana 70130**
**Telephone: (504) 524-8556**
**Facsimile: (504) 524-8703**

***Attorneys for Plaintiff, Ted Pullig***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have, on this date, caused to be served via the ECF Filing System of the United States District Court for the Eastern District of Louisiana, the above Witness List & Exhibit List. Parties not registered with the ECF Filing System have been served with a copy of this Pleading via facsimile transmission, email, and/or by placing a copy of the same in the United States Mail, postage prepaid and properly addressed in accordance with the Federal Rules of Civil Procedure.

/s/Gerald J. Huffman, Jr.